

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Joshua Wiley Mitchell, Appellant

No. 06-18-00013-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27468). Opinion delivered by Justice Moseley,* Chief Justice Morriss and Justice Burgess participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for a new trial.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED MARCH 14, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk